UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>CRISTI LEGARE<br><br>    Debtor<br><br>———————————————<br><br>CRISTI LEGARE<br><br>    Plaintiff<br><br>v.<br><br>EXPORT ENTERPRISES OF MA, INC.<br><br>    Defendant. | Chapter 13<br>Case No. 20-41077<br><br><br><br>Adv. No. 21-04026 |

**STIPULATION OF DIMISSAL**

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii) as made applicable by Fed. R. Bankr. P. 7041, the parties hereby stipulate and agree that all claims in the above-captioned adversary proceeding is hereby dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Cristi Legare,<br>By Counsel, | Defendant,<br>Export Enterprises of MA, Inc.,<br>By Counsel, |
| */s/ Christopher M. Brine*<br>Christopher M. Brine (BBO# 679289)<br>Brine Consumer Law<br>100 Grove Street, Suite 116<br>Worcester, MA 01605<br>P – (508) 556-1899<br>F – (508) 556-9951<br>cmb@brineconsumerlaw.com | */s/ Kevin C. Cain*<br>Kevin C. Cain (BBO# 550055)<br>Sulloway & Hollis, P.L.L.C.<br>50 Cabot Street, Suite 204<br>Needham Heights, MA 02494<br>(781) 320-5400<br>kcain@sulloway.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2022 copies of the foregoing document were electronically served upon all registered CM/ECF participants in accordance with MLBR, Appendix 8, Rule 9, and upon all other interested parties who have appeared and requested such notice.

                                           */s/ Christopher M. Brine*
                                           Christopher M. Brine (BBO 679289)